| | SUM-100 |
|---|---|
| **SUMMONS** <br> *(CITACION JUDICIAL)* <br> **NOTICE TO DEFENDANT:** <br> *(AVISO AL DEMANDADO):* <br> CONVERGENT OUTSOURCING, INC. and DOES 1 through 20 <br><br> **YOU ARE BEING SUED BY PLAINTIFF:** <br> *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* <br> NAJAH SAHEBZADA | **FOR COURT USE ONLY** <br> *(SOLO PARA USO DE LA CORTE)* <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br><br> **11/21/2016** at 11:37:09 AM <br><br> Clerk of the Superior Court <br> By Tamara Parra, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: **CASE NUMBER:** *(Número del Caso):* 37-2016-00040956-CU-MC-CTL
*(El nombre y dirección de la corte es):* San Diego Superior Court, Central Div.
330 W. Broadway
San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alex Asil Mashiri, 11251 Rancho Carmel Drive #500694, San Diego, CA 92150; Tel: 858-348-4938

DATE: 11/22/2016                Clerk, by  *tam Parra*  , Deputy
*(Fecha)*                       *(Secretario)*   T. Parra      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 485
www.courtinfo.ca.gov

Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, California 92150
Telephone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff
NAJAH SAHEBZADA

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
11/21/2016 at 11:37:09 AM
Clerk of the Superior Court
By Tamara Parra, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN DIEGO

NAJAH SAHEBZADA,

    Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC. and DOES 1 through 20

    Defendants.

Case No. 37-2016-00040956-CU-MC-CTL

**COMPLAINT FOR DAMAGES**

Plaintiff NAJAH SAHEBZADA alleges as follows:

**INTRODUCTION**

1. Plaintiff NAJAH SAHEBZADA (hereinafter referred to as "Plaintiff") brings this Complaint against Defendant CONVERGENT OUTSOURCING, INC. (hereinafter referred to as "Defendant") for violations of the Federal Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Fair Debt Collections Practice Act ("Rosenthal FDCPA").

2. Plaintiff seeks actual damages, statutory damages, attorneys' fees and costs, and other relief the Court deems appropriate.

3. Plaintiff alleges as follows, upon personal knowledge as to herself and

- 1 -
COMPLAINT FOR DAMAGES

her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

4. Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to a plaintiff's counsel, which Plaintiff alleges on personal knowledge.

5. While the violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

6. Unless otherwise stated, Plaintiff alleges that any violations by Defendant were knowing and intentional, and that Defendant did not maintain procedures reasonably adapted to avoid any such violation.

7. Unless otherwise indicated, the use of Defendant in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of Defendant.

## PARTIES

8. Plaintiff is "consumer" as defined by 15 U.S.C. section 1692a(3) and a "debtor" as the term is defined by California Civil Code section 1788.2(h).

9. Plaintiff is informed and believes, and thereupon alleges, that Defendant is, and at all times mentioned herein was, a corporation who was conducting and engaging in business in the County of San Diego, State of California.

10. Plaintiff is informed and believes, and thereupon alleges, that Defendant uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is therefore debt collectors as that phrase is defined by 15 U.S.C. section 1692a(6).

11. Plaintiff is informed and believes, and thereupon alleges, that Defendant is a debt collector as defined under California Civil Code section 1788.2(c).

12. Defendant attempted to collect a consumer debt as defined under the FDCPA and Rosenthal FDCPA.

13. Plaintiff is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 through 20, and therefore sues those Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when such names and responsibilities are ascertained. Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences alleged in this complaint, and that Plaintiff's claims alleged in this complaint were proximately caused by such Defendants.

14. Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned each of the Defendant was the agent, servant, employee, or partner of each of the remaining defendants and, in committing the acts and omissions hereinafter alleged, was acting within the course and scope of such agency, employment, partnership, or other business relationship, and were each responsible for the acts and omissions alleged in this complaint.

## JURISDICTION AND VENUE

15. Jurisdiction of this Court arises under California Code of Civil Procedure 410.10 *et. seq*. This Court also has jurisdiction under 15 U.S.C. section 1692k(d).

16. This action arises out of Defendants' violations of the FDCPA and Rosenthal FDCPA. Because Defendants do business within the State of California, County of San Diego, personal jurisdiction is established.

## RELEVANT FACTS

17. Sometime after November 30, 2015, Plaintiff received a collection notice, dated November 30, 2015, from Defendant. The collection notice stated that Plaintiff owed a debt in the amount of $385.97 to T-Mobile, USA. A copy of Defendant's collection notice dated November 30, 2015 is attached hereto as Exhibit 1, and is incorporated herein by reference.

18. Plaintiff never owed any debt to T-Mobile USA and never had an account with them.

19. On December 14, 2015, Plaintiff's counsel sent a letter to Defendant disputing the debt and requesting a verification of the alleged debt. Defendant never responded.

20. On January 13, 2016, Plaintiff's counsel sent a follow up to his December 14, 2015 letter to Defendant. Defendant once again failed to respond. To this date, Defendant has not responded to any of Plaintiff counsel's letters.

## FIRST CAUSE OF ACTION
### (Violation of the FDCPA against All Defendants)

21. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22. Defendant violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692f, because it attempted to collect a debt from the Plaintiff that did not belong to the Plaintiff. This is exactly the type of behavior the FDCPA is designed to prevent. *Swanson v. Southern Oregon Credit Service, Inc.*, 869 F.2d 1222, 1225 (9th Cir. 1988) [holding that Congress designed the FDCPA to "eliminate the recurring problem of debt collectors dunning the wrong person...."].

23. As a result of each and every violation of the FDCPA, Plaintiff has suffered actual damages and harm resulting from Defendants' actions as heretofore alleged, including but not limited to worry, emotional distress, anxiety, and humiliation, the exact amount of which is to be proven at trial.

24. As a result of each and every violation of the FDCPA, Plaintiff incurred additional actual damages including, but not limited to, transportation and gasoline costs to the law firm, telephone call charges, copies, postage, and other damages.

25. As a result of each and every violation of the FDCPA, Plaintiff is entitled to actual damages pursuant to 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 1692k(a)(2)(A); and reasonably attorneys' fees and costs

- 4 -
COMPLAINT FOR DAMAGES

pursuant to 15 U.S.C. section 1692k(a)(3).

## SECOND CAUSE OF ACTION
### (Violation of the Rosenthal FDCPA against all Defendants)

26. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

27. Any violation of the FDCPA is a violation of California Civil Code section 1788.17, also known as the Rosenthal FDCPA, because section 1788.17 incorporates the FDCPA.

28. By violating 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10) and 1692f of the FDCPA, Defendant violated the Rosenthal FDCPA.

29. As a result of this violation of the Rosenthal FDCPA, Plaintiff has suffered actual damages and harm resulting from Defendant's actions as heretofore alleged, including but not limited to worry, emotional distress, anxiety, and humiliation, the exact amount of which is to be proven at trial.

30. As a result of this violation of the Rosenthal FDCPA, Plaintiff incurred additional actual damages including, but not limited to, transportation and gasoline costs to the law firm, telephone call charges, copies, postage, and other damages.

31. As a result of this violation of the Rosenthal FDCPA, Plaintiff is entitled to actual damages pursuant to California Civil Code section 1788.30(a); statutory damages under 1692k(a)(2)(A) which is incorporated by California Civil Code section 1788.17; statutory damages for a knowing or willful violation in the amount of up to $1,000.00 pursuant to California Civil Code section 1788.30(b); and reasonable attorney's fees and costs pursuant to California Civil Code section 1788.30(c).

## PRAYER FOR DAMAGES AND OTHER REMEDIES

1. For actual damages;
2. For statutory damages;
3. For interest according to law;

4. For attorneys' fees;

5. For costs of suit herein incurred; and

6. For other and further relief as the court may deem proper.

DATED: November 21, 2016

**MASHIRI LAW FIRM**
A Professional Corporation

By: _____
Alex Asil Mashiri
Attorney for Plaintiff
NAJAH SAHEBZADA

# EXHIBIT 1

ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED

**Convergent**
Convergent Outsourcing, Inc.
800 SW 39th St./PO Box 9004
Renton, WA 98057
Mon-Fri 8AM-5PM
866-291-6364

Date: 11/30/2015
Creditor: T-Mobile, USA
Client Account #: 474048496

Convergent Account #: T-10072402

Settlement In Full: $ 192.99

Principal:     $ 385.97
Total Balance: $ 385.97

Najah Sahebzada
1161 Persimmon Ave
El Cajon CA 92021-4827

Settlement Offer

Dear Najah Sahebzada:

This notice is being sent to you by a collection agency. The records of T-Mobile, USA show that your account has a past due balance of $ 385.97.

Our client has advised us that they are willing to offer you a reduced settlement amount of your total balance due to settle your past due balance. The full settlement amount or first payment of your selected payment program must be received in our office within 45 days of this letter. If you are interested in taking advantage of this settlement opportunity, please complete the below information and remit with your payment.

Your settlement amount would be $ 192.99 to clear this account in full. This amount represents a 50% savings of your total balance. We are not obligated to make this offer to you in the future. Even if you are unable to take advantage of this offer, please contact us to see what terms can be worked out on your account.

Sincerely,
Convergent Outsourcing, Inc.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

---

### 3 CONVENIENT WAYS TO PAY:

**Pay Online:** Email our office or pay your bill online with your credit/debit card or checking account at www.payconvergent.com. Your temporary identification number is: 8.10072402.502

**Pay by Phone:** Please call Convergent Outsourcing, Inc. at 866-291-6364. We offer check by phone, Western Union, and credit/debit card.

**Pay by Mail:** Send Payments to Convergent Outsourcing, Inc., PO Box 9004, Renton WA 98057-9004

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT. BEFORE MAILING, PLEASE ENSURE RETURN ADDRESS ON REVERSE SIDE APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE.

744092592
846ATERSO01T350

---

866-291-6364

Re: Najah Sahebzada

✓ **Select Your Plan:**

☐ **OPPORTUNITY #1 - Lump Sum Settlement Offer of 50%:**
Enclosed is my payment of $ 192.99 (a 50% discount). My account is now satisfied in full.

☐ **OPPORTUNITY #2 - Settlement Offer of 65% & Pay Over 3 Months:**
Enclosed is my first payment of $83.63 towards the settlement balance of $250.88 (a 35% discount).

☐ **OPPORTUNITY #3 - Spread Your Payments Over 12 Months:**
Enclosed is my first payment of $32.16 towards the balance due of $ 385.97.

If we are calling you in error, please call 855-728-9701 or visit our website at www.convergentusa.com.

Creditor: T-Mobile, USA
Client Account #: 474048496
Convergent Account #: T-10072402
Settlement In Full: $ 192.99
Total Balance: $ 385.97

Amount Enclosed: US _____

| PLEASE COMPLETE IF PAYING BY CREDIT CARD. | |
|---|---|
| VISA ☐ | MasterCard ☐ |
| CARD NUMBER | EXP. DATE |
| CARDHOLDER NAME | AMOUNT $ |
| CARDHOLDER SIGNATURE | |

If Options 2 or 3 Have Been Selected, Please Enter Monthly

Payment Date and Amount _____ $ _____

04001007240200000385970001 9299