# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAJAH SAHEBZADA, | ) | Case No. 3:17-cv-00018-AJB-JLB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| CONVERGENT OUTSOURCING, INC. | ) | **(Doc. No. 9)** |
| Defendant. | ) | |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** the complaint in its entirety. Each party will bear their own costs and expenses.

**IT IS SO ORDERED.**

Dated: April 4, 2017

Hon. Anthony J. Battaglia
United States District Judge